# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Albert Marquavious Lamar Anderson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00168-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric Dye, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2022 Order.

April 25, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court